EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2009 TSPR 177 |
| --- | --- |
| Extensión de Términos por Motivo de concesión del día 27 de noviembre de 2009 | 177 DPR _____ |

Número del Caso: EM-2009-4


Fecha: 23 de noviembre de 2009


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos por
motivo de concesión del día
27 de noviembre de 2009

RESOLUCIÓN

San Juan, Puerto Rico a 23 de noviembre de 2009.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el viernes 27 de noviembre de 2009, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará el día viernes 27 de noviembre de 2009, como si fuera día feriado completo. Cualquier término a vencer en ese día, se extenderá hasta el lunes, 30 de noviembre de 2009, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo